# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

June 9, 2017

Clerk
10th Judicial District, Bexar County
100 Dolorosa, 5th Flr
San Antonio, Texas 78205

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 10th Judicial District, Bexar County, Texas, pursuant to an Order entered remanding, by the Honorable Fred Biery, District Judge. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-17-CV-140-FB; Patrick Lanchais v. Allstate Fire and Casualty Insurance Company.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 9th day of June, 2017.

JEANNETTE J. CLACK, CLERK

BY: _____
Amy E. Jackson, Deputy Clerk